IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and for the use of the<br>TENNESSEE VALLEY AUTHORITY,<br><br>        Plaintiff,<br><br>VS.<br><br>STEAM MILL FERRY, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 00-1217<br>)<br>)<br>)<br>) |

## ORDER OF REFERENCE

This action is hereby referred to United States Magistrate Judge S. Thomas Anderson for a settlement conference.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

28 april 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __05-02-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 1:00-CV-01217 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Kenneth D. Mielke
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Richard W. Vaughn
HARRIS & VAUGHN
1089 West Van Hook St.
Milan, TN 38358

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable James Todd
US DISTRICT COURT