IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>upon the relation and for the use of the<br>TENNESSEE VALLEY AUTHORITY,<br><br>    Plaintiff,<br><br>vs.<br><br>STEAM MILL FERRY PARTNERS,<br>et al.,<br><br>    Defendants. | No.   00-1217 T/An |

## ORDER SETTING SETTLEMENT CONFERENCE

On April 28, 2005, United States District Judge James D. Todd referred this action to the Magistrate Judge for a settlement conference. The undersigned conducted a settlement conference on Friday, June 10, 2005, and it is **ORDERED** that the settlement conference should reconvene before United States Magistrate Judge S. Thomas Anderson on **FRIDAY, JULY 21, 2005 at 9:30 A.M.** in at the United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee. All counsel of record shall be required to attend the settlement conference.[1]

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 14, 2005

---

[1] Because he is retired, Plaintiff's attorney Mr. Kenneth D. Mielke shall not be required to attend the settlement conference.

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 1:00-CV-01217 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Richard W. Vaughn
HARRIS & VAUGHN
1089 West Van Hook St.
Milan, TN 38358

Kenneth D. Mielke
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable James Todd
US DISTRICT COURT