IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ D.C.
'05 JUN 22 PM 2: 19
ROBERT R. DI TROLIO
CLERK OF US DIST CT
W/D OF TN-JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| upon the relation and for the use of the ) | |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.    00-1217 T/An |
| ) | |
| STEAM MILL FERRY PARTNERS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**AMENDED ORDER SETTING SETTLEMENT CONFERENCE**

On April 28, 2005, United States District Judge James D. Todd referred this action to the Magistrate Judge for a settlement conference. The undersigned conducted a settlement conference on Friday, June 10, 2005, and the Court entered an Order resetting the Scheduling Conference for July 21, 2005. The date in the Court's Order Setting Settlement Conference was incorrect; therefore, it is now **ORDERED** that the settlement conference should reconvene before United States Magistrate Judge S. Thomas Anderson on **FRIDAY, JULY 22, 2005 at 9:30 A.M.** in at the United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee. All counsel of record shall be required to attend the settlement conference.[1]

---

[1] Because he is retired, Plaintiff's attorney Mr. Kenneth D. Mielke shall not be required to attend the settlement conference.

1

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 1:00-CV-01217 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Kenneth D. Mielke
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Richard W. Vaughn
HARRIS & VAUGHN
1089 West Van Hook St.
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT